JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKELLA MARTIN,<br><br>     Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. CV 16-1368-KK<br><br><br>JUDGMENT |

  Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

Dated: February 15, 2017

*/s/ Kenly Kiya Kato*
_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge